UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
2009 DEC -3 PM 12: 02
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
OAKLAND, CA.

In re Lundberg, Eric Gwynn; Susan Randall )
)
)
)
Debtor ) Case No: 09-70720
)
Address 5520 Ogden Court ) Chapter 7
Concord, CA 94521 )
)
Last Four Digits of )
Social Security Number )
xxx-xx-6679, xxx-xx-5230 )
)

AMENDMENT COVER SHEET

Presented herewith are the original and one copy of the following:

Schedule F-Creditors Holding Unsecured Nonpriority Claims

Summary of Schedules

Statistical Summary of Certain Liabilities and Related Data

Amended Matrix of Creditors

_____        _____
Signature of Debtor                    Joint Debtor

We ERIC GWYNN LUNDBERG and SUSAN RANDALL LUNDBERG

The debtors in this case, declare under the penalty of perjury that the information set forth in the amendment attached hereto consisting of __ pages is true and correct to the best of our information and belief

Dated: DEC 1, 2009          Dated: DEC 1, 2009

_____        _____
Signature of Debtor                    Signature of Joint Debtor

# United States Bankruptcy Court

In re  Lundberg, Eric Gwynn; Susan Randall ,  
              Debtor

Case No. 09-70720

Chapter 7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 500,000.00 | | |
| B - Personal Property | Yes | 5 | $ 80,035.37 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 535,266.19 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $ 8,151.59 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $ 163,667.43 (CHANGE) | |
| G - Executory Contracts and Unexpired Leases | No | 0 | | | |
| H - Codebtors | No | 0 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | Yes | 1 | | | $ 2,975.00 |
| TOTAL | | 21 | $ 580,035.37 | $ 707,085.21 (CHANGE) | |

`AMENDED`

B 6F (Official Form 6F) (12/07) - Cont.

In re Lundberg, Eric Gwynn; Susan Randall,  Case No. 09-70720
         Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9019<br>Union Bank (ADD CHANGE)<br>P.O. Box 85443<br>San Diego, CA 92186-5443 | | C | 1/2008-9/2009<br>line of credit<br>(change in amount) | | | | 25,537.54 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___ of  0  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 25,537.54 (CHANGE)

Total▶ $ 163,667.43 (CHANGE)
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

'AMENDED'

Case: 09-70720    Doc# 11    Filed: 12/03/09    Entered: 12/04/09 18:14:30    Page 3 of 4

# United States Bankruptcy Court

In re  Lundberg,Eric Gwynn;Susan Randall  ,
         Debtor

Case No.  09-70720

Chapter  7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 8,151.59 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 8,151.59 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 2,975.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 10,540.73 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 8,151.59 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 163,667.43  (CHANGE) |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 163,667.43  (CHANGE) |

`AMENDED`

Case: 09-70720    Doc# 11    Filed: 12/03/09    Entered: 12/04/09 18:14:30    Page 4 of 4