UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Lundberg, Eric Gwynn; Susan Randall   Case No.: 09-70720

_____ Debtor(s) ____/

AMENDED
**CREDITOR MATRIX COVER SHEET**

We declare that the attached amended Creditor Mailing Matrix, consisting of _4_ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED:

_[signatures]_
Signature of Debtor's Attorney or Pro Per Debtor

**AMENDED**

American Express
Box 001
Los Angeles, CA 90096-8000


Astound Broadband
P.O. Box 34889
Seattle, WA 98124-1889


AT and T Mobility
P.O. Box 515188
Los Angeles, CA 90051-5188


Bank of America
P.O. Box 851001
Dallas, TX 75285-1001


Capital One Bank (USA), N.A.
P.O. Box 60599
City of Industry, CA 91716-0599


Citi Cards
P.O. Box 6940
The Lakes, NV 88901-6028


Concord Disposal Service
4080 Mallard Drive
Concord, CA 94520

Contra Costa County Tax Collector
P.O. Box 631
Martinez, CA 94553


Contra Costa County Tax Collector
P.O. Box 7002
San Francisco, CA 94120-7002


Contra Costa Federal Credit Union
P.O. Box 966
Martinez, CA 94553-0096


Contra Costa Water District
1331 Concord Ave.
Concord, CA 94524-2099


Department of the Treasury
Internal Revenue Service Center
Fresno, CA 93888-0102


Home Depot Credit Services
P.O. Box 6028
The Lakes, NV 88901-6028


JC Penney
P.O. Box 960090
Orlando, FL 32896-0090

Lowe's
P.O. Box 530914
Atlanta, GA 30353-0942


National City
P.O. Box 856153
Louisville, KY 40285-6153


Oxbow Marina
100 Oxbow Marina Drive
Isleton, CA 95641


PG and E
Box 997300
Sacramento, CA 95899-7300


Sam's Club
P.O. Box 530942
Atlanta, GA 30353-0942


State Farm Insurance
Insurance Support Center
P.O. Box 68001
Dallas, TX 75368-0001


State Franchise Tax Board
P.O. Box 942840
Sacramento, CA 94240-0009

Target Financial Services
Mailstop5C-F
P.O. Box 673
Minneapolis, MN 55440


Union Bank of California
1555 Mount Diablo Blvd.
Walnut Creek, CA 94596


Union Bank of California
P.O. Box 85642
San Diego, CA 92186-5643


Union Bank of California
P.O. Box 85443
San Diego, CA 92186-5443


Wells Fargo Home Mortgage
P.O. Box 30427
Los Angeles, CA 90030-0427