ERIC GWYNN LUNDBERG
SUSAN RANDALL LUNDBERG
1449 NW Lawnridge Ave.
Grants Pass, OR 97526
TELEPHONE: (541) 226-5818

DEBTORS PRO SE



FILED
DEC 18 2009
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ERIC GWYNN LUNDBERG AND SUSAN RANDALL LUNDBERG<br><br>Debtors | Case No. 09-70720-RJN<br><br>Chapter 7<br><br>R. S. No. JBA-1844<br><br>DECLARATION OF SUSAN RANDALL LUNDBERG IN SUPPORT OF OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY<br>(11 U.S.C. § 362 and Bankruptcy Rule 4001)<br><br>Date:    January 6, 2009<br>Time:   10:30a.m.<br>Ctrm:   220 |

I, SUSAN RANDALL LUNDBERG declare that:

1. I am the Joint Debtor Pro Se in the above entitled Action and except for those statements made on information and belief, make these statements of my own knowledge and if called upon to do so, could testify competently thereto.

2. On December 7, 2009 I received in the U.S.Mail a letter from Freddie Mac referencing Mortage Number 193669637 and informing me that Freddie Mac is the owner of the mortgage on the subject property. See Exhibit A attached to the Declaration of Eric Gwynn Lundberg..

1
DECLARATION OF SUSAN RANDALL LUNDBERG IN SUPPORT OF OPPOSTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

3. Exhibit A attached to the declaration of Eric Gwynn Lundberg is a true and correct copy of the letter I received from Freddic Mac informing me that they are the owner of the mortgage for the subject property.

4. On December 9, 2009 I attended the Meeting of Creditors pursuant to notice I received. The meeting was presided over by Bankruptcy Trustee Tevis T. Thompson.

5. On the record Trustee Tevis T. Thompson asked if there were any creditors present to question debtors Eric Gwynn Lundberg and Susan Randall Lundberg. No creditors identified themselves. There were no representatives of Movants Wells Fargo Bank present, who identified themselves as such, at the Meeting of Creditors.

6. The subject property located at 5520 Ogden Court, Concord Ca 94521 is in good repair and secure. I am informed and believe that there are no conditions present that affect or compromise the value or security of the subject property.

7. There are no grounds to grant Movants Request From Automatic Stay and Debtors respectfully request that said motion be denied.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 15th day of December, 2009 at Grants Pass Oregon

Signed: _Susan Randall Lundberg_
Susan Randall Lundberg, Joint Debtor Pro Se

2
DECLARATION OF SUSAN RANDALL LUNDBERG IN SUPPORT OF OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY